UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **BARBARA DAIGLE BATULIS** | * | **CIVIL ACTION NO. 11-0740** |
| | * | |
| **VERSUS** | * | **JUDGE DOHERTY** |
| | * | |
| **MICHAEL J. ASTRUE** | * | |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**JOINT STIPULATED ORDER FOR ATTORNEY FEES**

On this day came for consideration Barbara Daigle Batulis' application for approval of an attorney fee under the Equal Access to Justice Act. The parties have stipulated to the amount to be awarded by the Court. After considering the application and stipulation, it is hereby **ORDERED** that the request for fees and expenses is **GRANTED**, and that fees awarded in favor of the Plaintiff under the Equal Access to Justice Act in the amount of $3,900.00, plus court costs in the amount of $350.00, be made payable to Barbara Daigle Batulis since there is no award of disability benefits pursuant to 42 U.S.C. § 405(g) or fees pursuant to 42 U.S.C. § 406(b).

Thus done and signed in Lafayette, Louisiana this  14  day of  December  , 2012.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

APPROVED AS TO FORM:

/s/ David B. Wilson
DAVID B. WILSON
Barkan Meizlish, LLP
1515 Poydras Street, Suite 2230
New Orleans, LA  70112
(504) 525-0831

/s/ John A. Broadwell
JOHN A. BROADWELL   #1733
Assistant United States Attorney
United States Courthouse
300 Fannin Street Ste. 3201
Shreveport, LA 71101-3068
(318)676-3610